# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154030(78)

RALPH SKIDMORE, JR., Individually and as
Personal Representative of the Estate of
CATHERINE DAWN SKIDMORE,
       Plaintiff-Appellee,

v

CONSUMERS ENERGY COMPANY,
       Defendant-Appellant.
_____/

SC: 154030
COA: 323757
Calhoun CC: 12-001595-NH

    On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel to file an amicus curiae brief is GRANTED. The amicus brief submitted on March 7, 2017, is accepted for filing.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



Clerk